# ORIGINAL United States District Court

FILED
DISTRICT COURT OF GUAM
APR 0 1 2003

MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF   GUAM U.S.A.

AMERICOPTERS, LLC,

        Plaintiff,

V.

FEDERAL AVIATION ADMINISTRATION,

        Defendant.

**SUMMONS IN A CIVIL CASE** 4

CASE NUMBER:  CV03-00005

TO: (Name and address of defendant)

OFFICE OF THE UNITED STATES ATTORNEY
Suite 500, Serena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
c/o FEDERAL AVIATION ADMINISTRATION

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

APR - 1 2003

CLERK

(BY) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 1, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Patrick Dillard | Systems Coordinator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served on Joycelyn Bukikosa, Clerk, U.S. Attorney's Office, Sirena Plaza, 108 Hernan Cortez, Suite 500, Hagatna, Guam 96910.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 1, 2003
Date

Signature of Server
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.