ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Americopters, LLC



FILED
DISTRICT COURT OF GUAM
JUN - 4 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| AMERICOPTERS, LLC, | ) | CIVIL CASE NO. 03-00005 |
| Plaintiff, | ) ) ) | **AGREEMENT OF HEARING DATE** |
| vs. | ) ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Elyze McDonald, am the attorney for the Plaintiff Americopters, LLC in this matter. I contacted the attorney for Defendant Federal Aviation Administration to agree upon a date for oral argument of the Defendant's Motion to Dismiss.

2. The attorney for the opposing party is Mikel Schwab, Assistant United States Attorney.

3. We agreed upon the following date August 1, 2003 at 10:00 a.m.

**AGREEMENT OF HEARING DATE**
Americopters, LLC vs. Federal Aviation Administration
District Court of Guam Civil Case No. CV03-00005

    4.    I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

DATED this 4th day of June 2003.

CARLSMITH BALL LLP

*/s/ Elyze McDonald*
DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Americopters, LLC