# ORIGINAL

1   LEONARDO M. RAPADAS
United States Attorney
2   MIKEL W. SCHWAB
Assistant U.S. Attorney
3   Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4   Hagatna, Guam 96910
Tel: (671) 472-7332
5   Fax: (671) 472-7215

6   Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

JUL 3 1 2003

MARY L. M. MORAN
CLERK OF COURT

7

8           IN THE UNITED STATES DISTRICT COURT

9               FOR THE TERRITORY OF GUAM

10

11

12

13

14

15

16

17

|  |  |
|---|---|
| AMERICOPTERS, L.L.C., | CIVIL CASE NO. 03-00005 |
|        Plaintiff, | |
| vs. | |
| FEDERAL AVIATION ADMINISTRATION, | **REQUEST FOR TELEPHONIC INCLUSION** |
|        Defendant. | |

18

19

20         The United States respectfully requests the courtesy of telephonic inclusion of an

21   attorney from the Federal Aviation Administration in the hearing on the government's

22   Motion To Dismiss now scheduled for 10 a.m. on Friday, August 1, 2003.     The

23   inclusion is requested both to benefit the agency by keeping co-counsel informed, and to

24   have a person knowledgeable in the policies and procedures of the FAA in the event that

25   the parties or the Court need information from the agency.   The Motion will be argued by

26   Assistant United States Attorney, Mikel W. Schwab, who will be present.

27

28

1    The counsel from the FAA is;

2            Kenneth Caplan
             Office of the Chief Counsel
3            Federal Aviation Administration

4
     He can be contacted at # 858-483- 4446.
5

6
             Respectfully requested this 31st day of July 2003.
7

8
                                    LEONARDO M. RAPADAS
9                                   United States Attorney
                                    Districts of Guam and NMI
10
11                          BY:
                                    MIKEL W. SCHWAB
12                                  Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28