# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

**FILED** DISTRICT COURT OF GUAM AUG -1 2003 MARY L. M. MORAN CLERK OF COURT

10

**CASE NO. CV-03-00005**   **DATE: 08/01/2003**   **TIME: 10:31 a.m.**

**CAPTION:** Americopters, LLC  -vs-  Federal Aviation Administration

*************************************************************************************

Courtroom Deputy: Leilani Toves Hernandez
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:31:32 - 11:01:10 )

Law Clerk: J. HATTORI

CSO:  B. Pereda & F. Camacho

*********************************** A P P E A R A N C E S ***********************************

**COUNSEL FOR PLAINTIFF(s):**

DAVID LEDGER

**COUNSEL FOR DEFENDANT(s):**

MIKEL SCHWAB

KENNETH CAPLAN (Office of the Chief Counsel, F.A.A.)

**OTHERS PRESENT**

JOHN WALKER

*************************************************************************************

## PROCEEDINGS:

### MOTION TO DISMISS FOR LACK JURISDICTION

---

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT
( X ) MOTION(s)  _X_  Granted  ___ Denied  ___ Settled  ___ Withdrawn  ___ Under Advisement
(  ) ORDER SUBMITTED  ___ Approved  ___ Disapproved
( X ) ORDER to be Prepared By: Court
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Case called along with CV-03-00002. Motion argued by parties.

The Court GRANTS the Motion and states its reasons. The Court will issue a written Order, expanding on the rationale of its ruling and memorializing today's hearing, within one week.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CV-03-00005.wpd

END TIME: 11:01 a.m.