CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, LLC

FILED
DISTRICT COURT OF GUAM
JAN 2 6 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | ON APPEAL TO THE COURT OF APPEALS FOR THE NINTH CIRCUIT<br><br>DISTRICT COURT OF GUAM CIVIL CASE NO. CIV03-00005<br><br>**STIPULATION REGARDING NOTICE OF NO TRANSCRIPT ORDER** |

Pursuant to Circuit Rule 10-3(c), the undersigned parties hereby agree that no transcripts will be ordered in this case. The parties note that a transcript of the August 1, 2003 Hearing on Plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction is already on file in this case.

DATED: Hagåtña, Guam, January 23, 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Americopters, LLC

DATED: Hagåtña, Guam, January 23, 2004.

OFFICE OF THE UNITED STATES
ATTORNEY

MIKEL W. SCHWAB
Attorneys for Defendant
Federal Aviation Administration

4849-4479-1808.1.051998-00034