FILED
DISTRICT COURT OF GUAM
JUL -6 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC, | Civil Case No. 03-00005 |
| Plaintiff, | |
| vs. | |
| FEDERAL AVIATION ADMINISTRATION, | ORDER |
| Defendant. | |

On May 31, 2006, the Court received the Judgment of the United States Court of Appeals for the Ninth Circuit which affirmed in part and reversed in part this Court's December 29, 2003 Memorandum Order, and remanded this action back to the Court. Accordingly, the Court hereby sets this action for a scheduling conference on August 9, 2006, at 9:30 a.m. The parties shall submit a proposed revised scheduling order and discovery plan no later than August 2, 2006.

SO ORDERED this 6th day of July 2006.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge