ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., | CIVIL NO. 03-00005 |
| Plaintiff, | |
| vs. | STIPULATION BY PARTIES FOR CONTINUANCE OF |
| FEDERAL AVIATION ADMINISTRATION, | RULE 16 SCHEDULING CONFERENCE |

Pursuant to the Court's Scheduling Order, a Rule 16 Scheduling Conference presently is set for August 9, 2006 at 9:30 a.m.. Parties have lodged with the District Court an Amended Scheduling Order as of August 3, 2006.

Counsel for the Federal Aviation Administration, Assistant U.S. Attorney Mikel W. Schwab, is presently Off-Island for a witness deposition and will return on August 13, 2006. Also, Counsel for the Federal Aviation Administration wishes to inform the Court that he will be a guest speaker on August 16, 2006, at the Pacific Law Enforcement Drug Summit scheduled for August 16-18, 2006.

//

//

Both parties believe that the interest of justice will best be served in resetting the date of the Scheduling Conference at least one week thereafter to be set by the Court.

Respectfully submitted this 7th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

APPROVED AS TO CONTENT:

_____
DAVID LEDGER
ELYZE J. MCDONALD

Attorneys for Americopters, L.L.C.