LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 8 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL NO. 03-00005 <br><br> **ORDER** <br> Approving Stipulation to <br> Continue Scheduling Conference |

For good cause shown, the Court hereby APPROVES the parties' stipulation to continue the Scheduling Conference.

IT IS HEREBY ORDERED that the Scheduling Conference presently calendared for August 9, 2006, be reset for Tuesday, August 15, 2006, at 9:30 a.m.

Dated this _8th_ day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL