ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FEDERAL AVIATION ) <br> ADMINISTRATION, ) <br> ) <br> Defendant. ) | CIVIL CASE NO. 03-0005 <br><br> CERTIFICATE OF SERVICE |

I, MARIE CHENERY, working in the U.S. Attorney's Office, hereby certify that on the 29TH of November, 2006 I caused to be served a copy of: Motion to Dismiss for Failure to State a Claim, or, in the Alternative, to Transfer; Motion to Set Aside Default; Unintentional Error, Clerical Mistake; and Affidavit of AUSA in Support of Motion to Set Aside Default via facsimile to and hand delivery to:

David Ledger, Esq.
Carlsmith Ball, LLP
Bank of Hawaii Bldg. Suite 401
134 West Soledad Ave., P.O. Box BF
Hagåtña, GU 96932-5027

Fax: (671) 477-4375

MARIE CHENERY
Paralegal