CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, L.L.C.

**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CIV03-00005 <br><br> **NOTICE OF HEARING PLAINTIFF'S MOTION TO AMEND COMPLAINT; DECLARATION OF SERVICE** |

**NOTICE IS HEREBY GIVEN** that a hearing has been set before the Court on the 15th day of February 2007 at the hour of 9:00 a.m., in the Courtroom of the Honorable Frances Tydingco-Gatewood, District Court Judge for the District Court of Guam, on Plaintiff's Motion to Amend Complaint.

DATED: Hagåtña, Guam, December 18, 2006.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. MCDONALD
Attorneys for Plaintiff
Americopters, L.L.C.

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury of the laws of the United States, that on December 18, 2006, I will cause to be served, via hand delivery, a true and correct copy of the NOTICE OF HEARING PLAINTIFF'S MOTION TO AMEND COMPLAINT; DECLARATION OF SERVICE upon the following Counsels of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

Executed this 18th day of December 2006 at Hagåtña, Guam.

_____
DAVID LEDGER