CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, L.L.C.

**FILED**
DISTRICT COURT OF GUAM
MAR 1 2 2007 $\gamma^{bc}$
**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., | CIVIL CASE NO. CIV03-00005 |
| Plaintiff, | |
| vs. | **DECLARATION OF SERVICE** |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United

States, that on the 12th day of March 2007, I will cause to serve, via e-service, a true and correct

copy of REQUEST FOR ENTRY OF DEFAULT; AFFIDAVIT OF ELYZE J. MCDONALD

FOR ENTRY OF DEFAULT upon Defendant's counsel of record as follows:

> U.S. ATTORNEY'S OFFICE
> Suite 500 Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910

ORIGINAL

DATED: Hagåtña, Guam, March 12, 2007.

CARLSMITH BALL LLP

_Elyze McDonald_

ELYZE J. MCDONALD
Attorneys for Plaintiff
Americopters, L.L.C.