LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL NO. 03-00005 <br><br> ANSWER OF THE UNITED STATES |

The United States of America, for the Federal Aviation Administration (FAA), hereby answers the Complaint in the above-entitled case as follows:

1. DENIES. The District Court lacks jurisdiction under 28 U.S.C. §1346(a)(2) because this is a takings case where the plaintiffs seek more than $10,000.

2. This is an assertion requiring no answer, to the extent one is required, DENIES.

3. ADMITS that FAA is a U.S. agency within the Department of Transportation, DENIES all other allegations.

4. DENIES.

5. ADMITS.

6. Lacks sufficient information to admit or deny, therefore DENIES.

7. DENIES based on portion of allegation that states "as a result".

8. DENIES based on portion of allegation that states "as a result".

9. DENIES based on portion of allegation that states "pattern of 'no response'" being conclusory and argumentative.

10. ADMITS that letter was written, DENIES all other allegations.

11. ADMITS to letter, DENIES all other allegations.

12. DENIES.

13. ADMITS that a letter was written to FAA. Lacks sufficient information to respond to remainder of allegation, therefore DENIES.

14. DENIES.

15. ADMITS that at the time the alleged actions took place, Kanane was an FAA employee, DENIES all other allegations.

16. DENIES.

17. DENIES

18. DENIES.

## AFFIRMATIVE DEFENSES

1. Jurisdiction for this claim is in the U.S. Court of Claims.

2. Plaintiff's Complaint fails to state a cause of action upon which relief can be granted.

WHEREFORE, the United States of America prays as follows:

1. That the plaintiff's Complaint and action be dismissed with prejudice and that both parties bear their own costs.

2. That the case be transferred to the U.S. Court of Claims.

Dated this 13th day of March, 2007.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

BY: _____
        MIKEL W. SCHWAB
        Assistant U.S. Attorney

# CERTIFICATION

I, Marie Chenery, working in the United States Attorney's Office, hereby certify that I caused to be served via personal delivery a copy of the **Answer and Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer** to:

Carlsmith Ball LLP
Bank of Hawaii Bldg. Ste. 401
134 W. Soledad Ave.
Hagåtña, GU 96910

Dated: March 13, 2007

_Marie Chenery_
Marie Chenery
Paralegal