ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America
**FILED**
DISTRICT COURT OF GUAM
MAR 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL CASE NO. 03-00005<br><br>**OPPOSITION TO ENTRY OF DEFAULT** |

    Plaintiff's second request for entry of default is entirely inappropriate and should be denied.

    The United States has answered the new Amended Complaint.

    Plaintiff's grievance seems to be primarily with the quality of discovery in the initial disclosures of the United States. The United States is relying on the same documents it used to support its appeal in this case. The Plaintiff has never contacted this office to convey any specific complaint about those documents nor to ask for any specifics or extra information about the documents. It is axiomatic that issues of discovery should be resolved by the parties. If a resolution cannot be reached by the parties, either or both of the parties can then turn to the Court for resolutions.

    The United States remains committed to doing its best to satisfy any reasonable request

for discovery of documents by the Plaintiff.

Plaintiff is aware that the agency in this case believes that the jurisdiction for this claim for a Taking is with the U.S. Court of Claims. The United States has filed it Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer with the Court and will request a hearing on the Motion. (The United States filed a similar motion on November 29, 2006 but did not request a date for hearing. The Plaintiff was subsequently allowed to file an Amended Complaint to replace the Complaint that was originally dismissed by this Court.)

This Assistant U.S. Attorney is currently traveling to conduct discovery in other cases but can confer with Plaintiff immediately, at his request, to work on any discovery grievances or other issues that might be resolvable by the parties.

Plaintiff's awareness of the merit of the United States' request for dismissal or transfer, his frustration over having previously had his original Complaint dismissed by this Court, or his disappointment at the Ninth Circuit's affirmation of that Complaint's dismissal (and its remand for the limited claim of a taking), should not be an excuse for Plaintiff's failure to communicate over discovery requests or for multiple requests to the Court for entries of default.

The United States is not in default and a request for entry should be denied.

Respectfully submitted this 14th day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and CNMI

By: /s/ MIKEL W. SCHWAB
MIKEL W. SCHWAB
Assistant U.S. Attorney