

1 LEONARDO M. RAPADAS
  United States Attorney
2 MIKEL W. SCHWAB
  Assistant U.S. Attorney
3 108 Hernan Cortez Ave.
  Sirena Plaza, Ste. 500
4 Hagatna, Guam 96910
  Tel: (671) 472-7332
5 Fax: (671) 472-7215

6 Attorneys for Plaintiff United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 1 4 2007 *nbₐ*

MARY L.M. MORAN
CLERK OF COURT

7

8                     UNITED STATES DISTRICT COURT

9                              FOR THE

10                    TERRITORY OF GUAM

11

12 AMERICOPTERS, LLC,                    )    CIVIL NO. 03-00005
                                         )
13              Plaintiff,               )
                                         )
14       vs.                             )    DECLARATION OF SERVICE
                                         )
15 FEDERAL AVIATION ADMINISTRATION,      )
                                         )
16              Defendant.               )
   _____)

17

18       I, FRANCES B. LEON GUERRERO, Legal Assistant, in the U.S. Attorney's Office,

19 hereby declare under penalty of perjury of the laws of the United States, that on the 14th day of

20 March 2007, I cause to serve, via e-service, a true and correct copy of the Opposition to Entry of

21 Default, upon Plaintiff's counsel as follows:

22            David P. Ledger
              Carlsmith Ball LLP
23            Bank of Hawaii Building, Ste 401
              134 W. Soledad Ave
24            Hagatna, Guam 96910

25

26       BY: *Frances B Leon Guerrero*
              FRANCES B. LEON GUERRERO
27            Legal Assistant

28