# ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  108 Hernan Cortez Ave.
   Sirena Plaza, Ste. 500
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for Plaintiff United States of America

**FILED**

DISTRICT COURT OF GUAM

MAR 23 2007 *nor*

**MARY L.M. MORAN**
**CLERK OF COURT**

7

8              UNITED STATES DISTRICT COURT

9                        FOR THE

10                   TERRITORY OF GUAM

11

12  AMERICOPTERS, LLC.,                )        CIVIL NO. 03-00005
                                       )
13              Plaintiff,             )
                                       )
14      vs.                            )        AGREEMENT HEARING DATE
                                       )
15  FEDERAL AVIATION ADMINISTRATION,   )
                                       )
16              Defendant.             )
    _____   )

17

18  Pursuant to Local Rule 7.1 (e) (2), the parties hereby acknowledge the following:

19         1. I, MIKEL W. SCHWAB, am the attorney for the Federal Aviation Administration, in

20  this matter. I have contacted the attorney, for the opposing party in this action to agree upon a

21  date for oral argument of the Defendant 's Amended Motion to Dismiss for Failure to State a

22  Claim or, in the Alternative, to Transfer.

23         2. The attorney for the opposing party is:

24             David P. Ledger
               Carlsmith Ball LLP
25             Bank of Hawaii, Ste 401
               134 W. Soledad Ave
26             Hagatna, Guam 96910

27

28

3. We have agreed upon the following date: April 27, 2007.

4. I called the Deputy Clerk of Court to ensure that the court is available on the above date.

DATED: March 23rd, 2007.

LEONARDO M. RAPDAS
United States Attorney
Districts of Guam and CNMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney