ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CIVIL NO. 03-00005<br><br>DECLARATION OF SERVICE |

I, FRANCES B. LEON GUERRERO, Legal Assistant, in the U.S. Attorney's Office, hereby declare under penalty of perjury of the laws of the United States, that on the 26th day of March 2007, I cause to be served, via personal service and facsimile, a true and correct copy of the Agreement Hearing Date, upon Plaintiff's counsel as follows:

> David P. Ledger
> Carlsmith Ball LLP
> Bank of Hawaii Building, Ste 401
> 134 W. Soledad Ave
> Hagatna, Guam 96910

BY: *[signature]*
FRANCES B. LEON GUERRERO
Legal Assistant