CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, LLC

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2007 *nbc*
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>       Defendant. | CIVIL CASE NO. CV03-00005<br><br>**NOTICE OF DEPOSITION;<br>DECLARATION OF SERVICE** |

TO:    **Mr. DONALD HAMILTON
by and through
Mikel W. Schwab
Assistant U.S. Attorney
OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF GUAM AND CNMI
108 Hernan Cortez Avenue
Hagåtña, Guam USA 96910
Attorneys for Plaintiff United States of America**

PLEASE TAKE NOTICE that Plaintiff Americopters, LLC will take the deposition of

**DONALD HAMILTON** at the law offices of Carlsmith Ball LLP, ASB Tower, 1001 Bishop

Street, Suite 2200, Honolulu, Hawaii 96809-0656, on **Friday, April 6, 2007, at 10:00 a.m..** Mr.

Hamilton is employed by the Federal Aviation Administration and has his office at the Flight



Standards District Office in Honolulu, Hawaii.

The deposition will be limited in scope. In particular, the subject matter of the questions confined to that information necessary for Americopters to oppose the FAA's recently filed Motion to Dismiss for lack of subject matter jurisdiction in the District Court for Guam.

The deposition will be conducted and recorded pursuant to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court of Guam.

If said deposition is not completed on the date set out above, the taking of the deposition will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, March 27, 2007.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Attorneys for Plaintiff
Americopters, LLC

## **DECLARATION OF SERVICE**

I, DAVID LEDGER, hereby declare under penalty of perjury of the laws of the United States, that on March 27, 2007, I will cause to be served, via hand delivery, a true and correct copy of the **NOTICE OF DEPOSITION; DECLARATION OF SERVICE** upon the following Counsel of record:

> Mikel W. Schwab
> Assistant U.S. Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> DISTRICT OF GUAM AND CNMI
> 108 Hernan Cortez Avenue
> Hagåtña, Guam USA 96910
> **Attorneys for Plaintiff United States of America**

Executed this 27th day of March 2007 at Hagåtña, Guam.

_____
DAVID LEDGER