ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Plaintiff United States of America

FILED
DISTRICT COURT OF GUAM
APR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC., | CIVIL NO. 03-00005 |
| Plaintiff, | |
| vs. | MOTION TO SUPPRESS DEPOSITION |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

The United States hereby asks the Court to Suppress a Notice of Deposition filed by the Plaintiff (Exhibit A).

Plaintiff has requested a deposition prior to the hearing of a Motion filed by the United States. The Motion of the United States is to dismiss or for transfer to the Court of Claims, which would have exclusive jurisdiction over such a "Constitutional Takings" case.

When a motion to transfer an action to the Court of Federal Claims is filed in a U.S. District Court, depositions and all such proceedings are stayed until <u>after</u> the U.S. District Court has ruled on the motion. 28 USC Sect. 1292 (d)(4)(B); See also, <u>Lockheed Martin Corp. v. Defense Contract Audit Agency</u>, 397 F. Supp. 2d 659 (D.Md., 2005); <u>Mitchell v. U.S.</u>, 930 F.2d 893 C.A.Fed (Va), 1991 ("Under <u>28 U.S.C. §1292(d)(4)(B)</u>, the district court shall suspend proceedings until this court's decision on the jurisdictional appeal."); <u>Consolidated Edison Co. of New York v. U.S.</u>, 54 F.Supp. 2d 364 (S.D.N.Y., 1999)(Denying motion to lift 1292(d)(4)(B) stay to conduct discovery).

The transfer statute requires that the District Court consider the transfer rather than an outright dismissal. In spite of its opportunity to amend the Complaint, Plaintiff has failed to plead the elements of a taking. In the interest of judicial economy, the United States advocates dismissal of the Complaint. Plaintiff's attempt to use an employee deposition to cover the deficiency does nothing to reverse the failure to plead and it can not overcome the prohibition in Section 1292.

Nothing in a deposition can lead to any evidence that would address the jurisdiction of the U.S. Court of Claims for takings cases. Secondarily, an outright dismissal would be most judicious.

Were the transfer not at issue, the United States would further request suppression based on the unavailability of the witness at the time demanded. Counsel would need to coordinate a time and place that can be accomplished by the witness, whose duty station is Hawaii.

For all of the above reasons, the United States requests an Order Suppressing the Notice of Deposition.

Submitted this 2nd day of April, 2007.

                                                     LEONARDO M. RAPADAS
                                                     United States Attorney
                                                     Districts of Guam and NMI

BY: _____
       MIKEL W. SCHWAB
       Assistant U.S. Attorney

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE J. McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, LLC

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

AMERICOPTERS, LLC,

    Plaintiff,

vs.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.

CIVIL CASE NO. CV03-00005

**NOTICE OF DEPOSITION;
DECLARATION OF SERVICE**

TO:   Mr. DONALD HAMILTON
      by and through
      Mikel W. Schwab
      Assistant U.S. Attorney
      OFFICE OF THE UNITED STATES ATTORNEY
      DISTRICT OF GUAM AND CNMI
      108 Hernan Cortez Avenue
      Hagåtña, Guam USA 96910
      Attorneys for Plaintiff United States of America

US Attorney's Office
Districts of Guam & NMI

MAR 27 2007
Time _____
Receiving name _____
Date keyed in Dbase _____
Entered into Dbase by: _____

PLEASE TAKE NOTICE that Plaintiff Americopters, LLC will take the deposition of

**DONALD HAMILTON** at the law offices of Carlsmith Ball LLP, ASB Tower, 1001 Bishop

Street, Suite 2200, Honolulu, Hawaii 96809-0656, on **Friday, April 6, 2007, at 10:00 a.m..** Mr.

Hamilton is employed by the Federal Aviation Administration and has his office at the Flight


GOVERNMENT EXHIBIT A

4820-5106-3809.1.051998-00034

Case 1:03-cv-00005    Document 57    Filed 04/02/2007    Page 4 of 7

Standards District Office in Honolulu, Hawaii.

The deposition will be limited in scope. In particular, the subject matter of the questions confined to that information necessary for Americopters to oppose the FAA's recently filed Motion to Dismiss for lack of subject matter jurisdiction in the District Court for Guam.

The deposition will be conducted and recorded pursuant to the Federal Rules of Civil Procedure and the Local Rules for the United States District Court of Guam.

If said deposition is not completed on the date set out above, the taking of the deposition will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, March 27, 2007.

CARLSMITH BALL LLP

_____
DAVID LEDGER
ELYZE J. McDONALD
Attorneys for Plaintiff
Americopters, LLC

## DECLARATION OF SERVICE

I, DAVID LEDGER, hereby declare under penalty of perjury of the laws of the United States, that on March 27, 2007, I will cause to be served, via hand delivery, a true and correct copy of the **NOTICE OF DEPOSITION; DECLARATION OF SERVICE** upon the following Counsel of record:

>Mikel W. Schwab
>Assistant U.S. Attorney
>OFFICE OF THE UNITED STATES ATTORNEY
>DISTRICT OF GUAM AND CNMI
>108 Hernan Cortez Avenue
>Hagåtña, Guam USA 96910
>**Attorneys for Plaintiff United States of America**

Executed this 27th day of March 2007 at Hagåtña, Guam.

_____
DAVID LEDGER

## CERTIFICATION

I, Marie Chenery, working in the United States Attorney's Office, hereby certify that I caused to be served via e-mail and facsimile a copy of the **Motion to Suppress Deposition, Waiver of a Hearing; Submission on Pleadings** and Defendant's *Ex Parte* **Application to Shorten Time** to:

Carlsmith Ball LLP
Bank of Hawaii Bldg. Ste. 401
134 W. Soledad Ave.
Hagåtña, GU 96910

Dated: April 2, 2007

Marie Chenery
Paralegal
U.S. Attorney's Office
Districts of Guam and the NMI