ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
APR -2 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | | |
|---|---|---|
| AMERICOPTERS, LLC., | ) | CIVIL NO. 03-00005 |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S *EX PARTE* APPLICATION TO SHORTEN TIME |
| FEDERAL AVIATION ADMINISTRATION, | ) | |
| Defendant. | ) | |

The United States of America hereby applies *Ex Parte* to the Court for an order shortening time to hear its Motion to Suppress Deposition. The Plaintiff has noticed a deposition for April 6, 2007. The United States would need a decision prior to that date. This application is supported by the attached Memorandum and attached Declaration of Marie Chenery.

Submitted this 2nd day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

MEMORANDUM

Defendant applies to the Court *Ex Parte* for an Order shortening time to hear its Motion to Suppress Deposition.

Counsel for Plaintiff, David Ledger and Elyze McDonald of Carlsmith Ball LLP filed a Notice of Deposition; Declaration of Service on March 27, 2007 to take the deposition of FAA employee Donald Hamilton at the Carlsmith Ball LLP offices in Honolulu, Hawaii. The deposition is statutorily barred and Mr. Hamilton is not available at the date and time demanded.

Time is of the essence because Defendant needs a decision on the Motion to Supress Deposition before the date of the deposition, Friday, April 6, 2007.

For the foregoing reasons, Defendant applies *Ex Parte* to this Court to shorten time to hear its Motion to Suppress Deposition.

Submitted this 2nd day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# DECLARATION OF MARIE CHENERY

1) I am a paralegal for the U.S. Attorney's Office, Districts of Guam and the NMI

2) Pursuant to Local Rule 7.1(j)(A) on April 2, 2007 I contacted Plaintiff's counsel David Ledger and Elyze McDonald to inform them that the United States is applying to the Court *Ex Parte* for an Order to shorten time to hear Defendants Motion to Suppress Deposition.

3) Neither Mr. Ledger nor Ms. McDonald were available so I left a detailed voice mail for each of them regarding the *Ex Parte* Application, Motion to Suppress Deposition and Waiver of Hearing.

4) Mr. Ledger phoned Assistant U.S. Attorney Mikel Schwab and stated that he would likely oppose this Application.

I, Marie Chenery, declare under penalty of perjury that the foregoing paragraphs are true and correct to the best of my knowledge and belief.

Submitted this 2nd day of April, 2007.

　　　　　　　　　　　　　　　　Marie Chenery
　　　　　　　　　　　　　　　　MARIE CHENERY
　　　　　　　　　　　　　　　　Paralegal
　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　Districts of Guam and the NMI