LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
108 Hernan Cortez Ave.
Sirena Plaza, Ste. 500
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
APR - 2 2007
MARY L.M. MORAN
CLERK OF COURT

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE

TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC., | CIVIL NO. 03-00005 |
| Plaintiff, | |
| vs. | WAIVER OF A HEARING; SUBMISSION ON PLEADINGS |
| FEDERAL AVIATION ADMINISTRATION, | |
| Defendant. | |

The United States waives a hearing on its Motion to Suppress Deposition and hereby requests an expedited decision on its Motion.

Submitted this 2nd day of April, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney