1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  108 Hernan Cortez Ave.
   Sirena Plaza, Ste. 500
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215
6

7  Attorneys for Plaintiff United States of America

8

9                  UNITED STATES DISTRICT COURT

10                     TERRITORY OF GUAM

11

12 AMERICOPTERS, LLC.,                    )    CIVIL NO. 03-00005
                                          )
13             Plaintiff,                 )
                                          )
14     vs.                                )    ORDER RE: REQUEST FOR
                                          )    MODIFICATION OF TIME
15 FEDERAL AVIATION ADMINISTRATION,       )    FOR REPLY
                                          )
16             Defendant.                 )
                                          )
17 ─────────────────────────────────────  )

18     This Court's Order of March 27, 2007 is hereby modified. The Reply of the United

19 States shall be filed on April 26, 2007.

20
      **SO ORDERED.**
21

22

                           **/s/ Frances M. Tydingco-Gatewood**
23                              **Chief Judge**
                           **Dated: Apr 25, 2007**
24

25

26

27

28