# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-03-00005                          DATE: May 08, 2007
CAPTION: Americopters, LLC -vs- Federal Aviation Administration

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                   Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 10:31:54 - 11:35:45
CSO: B. Benavente

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| David Ledger | Mikel Schwab |

---

**PROCEEDINGS: Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer**

- Counsel presented argument on the motion.
- Motion taken <u>under advisement</u>.

NOTES: