# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

**MARY L.M. MORAN**
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

May 15, 2007

Attn: Clerk's Office
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

**Re:   District Court of Guam Civil Case No. 03-00005
Americopters, LLC vs. Federal Aviation Administration**

Dear Sir/Madam:

Our office is transferring to your court the above-captioned case.

An order was signed by our Chief Judge Frances M. Tydingco-Gatewood on May 11, 2007. A copy of the order and docket sheet are enclosed. You may obtain copies of documents filed in this case by visiting PACER on our website at www.gud.uscourts.gov.

If you should have any question, please contact this office.

Sincerely,

Virginia T. Kilgore
Deputy Clerk

Enclosures