DISTRICT COURT OF GUAM

TERRITORY OF GUAM

AMERICOPTERS, LLC,

    Plaintiff,

vs.

FEDERAL AVIATION ADMINISTRATION,

    Defendant.

Civil Case No. 03-00005

**ORDER RE: REQUEST FOR TEMPORARY RECALL OF LETTER OF TRANSFER FILED MAY 15, 2007**

On May 11, 2007, this court issued its order granting the Defendant's Motion to Transfer. On May 15, 2007, the Clerk's office issued a letter to the United States of Court of Federal Claims to initiate the transfer. However, pursuant to 28 U.S.C. § 1292(d)(4)(B) a 60 day stay is in effect before the transfer to the Court of Claim shall be carried out. *See* 28 U.S.C. § 1292(d)(4)(B). Accordingly, the Clerk's office shall not transmit the May 15, 2007 letter and May 11, 2007 Order until 60 days have passed the May 11, 2007 date or until further order of the court.[1]

**SO ORDERED**.

    **/s/ Frances M. Tydingco-Gatewood**
        **Chief Judge**
    **Dated: May 18, 2007**

---

[1] The Clerk's office docketed the letter, however, did not yet mail the transmittal.