ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, L.L.C.

FILED
DISTRICT COURT OF GUAM
JUN 18 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

AMERICOPTERS, L.L.C.,

　　　　　Plaintiff,

vs.

FEDERAL AVIATION ADMINISTRATION,

　　　　　Defendant.

CIVIL CASE NO. CIV03-00005

**STATEMENT REGARDING RULE 10(B)**

Pursuant to Federal Rule of Appellate Procedure 10(b), Americopters, LLC states that all transcripts have been previously ordered in this case, and that no further hearings or proceedings require transcription.

DATED: Hagåtña, Guam, June 18, 2007.

CARLSMITH BALL LLP

_____
ELYZE J. MCDONALD
DAVID P. LEDGER
Attorneys for Plaintiff
Americopters, L.L.C.