ORIGINAL

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Americopters, L.L.C.

FILED
DISTRICT COURT OF GUAM
JUN 1 9 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| AMERICOPTERS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | CIVIL CASE NO. CIV03-00005 <br><br> **DECLARATION OF SERVICE** |

I, Elyze J. McDonald, hereby declare under penalty of perjury of the laws of the United States, that on the 18th day of June 2007, I served, via hand delivery, a true and correct copy of the STATEMENT REGARDING RULE 10(B) (filed 06/18/07) upon Defendant's counsel of record as follows:

> U.S. ATTORNEY'S OFFICE
> Suite 500 Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910

DATED: Hagåtña, Guam, June 19, 2007.

CARLSMITH BALL LLP

*/s/ Elyze McDonald*
ELYZE J. MCDONALD
Attorneys for Plaintiff
Americopters, L.L.C.