# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

June 8, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

**INTERLOCUTORY APPEAL**

**2007-1411**

United States Court of Federal Claims
103 Howard T. Markey National
   Courts Building
717 Madison Place, N.W.
Washington, D.C. 20005

RE:   Civil Case No. 03-00005
      Americopters, LLC - vs - Federal Aviation Administration

In reference to the above-entitled case, enclosed herewith please find the following:

(X)   Certified copy of **Notice of Appeal, filed June 7, 2007**

(X)   Certified copy of **Order re Amended Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer, filed May 11, 2007**

(X)   Certified copy of Docket Sheet

( )   Notice of Appeal Notification Form

( )   Civil Docketing Statement

( )   Excerpts of Records

( )   Other

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 9 2007

JAN HORBALY
CLERK

Enclosures

David Ledger/Elyze McDonald     Mikel Schwab

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-1411 - AMERICOPTERS V FAA

**Date of docketing:** 06/19/2007

**Appeal from:** United States District Court / District of Guam
case no. 03-CV-00005

**Appellant(s):** Americopters, LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. *(Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.)* See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Guam
Jeanne E. Davidson
David Ledger



RECEIVED
JUN 2 5 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1411

AMERICOPTERS, LLC,

                              Plaintiff-Appellant,

v.

FEDERAL AVIATION ADMINISTRATION,

                              Defendant-Appellee.

Appeal from the United States District Court for the District of Guam in case no. 03-CV-00005, Chief Judge Frances M. Tydingco-Gatewood.

Authorized Abbreviated Caption[2]

AMERICOPTERS v FAA, 2007-1411

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.