# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL AVIATION ADMINISTRATION, <br><br> Defendant. | Civil Case No. 03-00005 <br><br> **ORDER** |

On May 11, 2007, this court issued its order granting the Defendant's Motion to Transfer. *See* Docket No. 69. On May 15, 2007, the Clerk's office issued a letter to the United States of Court of Federal Claims to initiate the transfer. However, pursuant to 28 U.S.C. § 1292(d)(4)(B) a 60 day stay is in effect before the transfer to the Court of Claim shall be carried out. *See* 28 U.S.C. § 1292(d)(4)(B). Accordingly, this court ordered the Clerk's office to not transmit the May 15, 2007 letter and May 11, 2007 Order until 60 days had passed the May 11, 2007 date or until further order of the court.[1] There has now been an interlocutory appeal filed to the United States Court of Appeals for the Federal Circuit. Accordingly, this court's order to not transmit the May 15, 2007 letter and May 11, 2007 Order remains in effect until the appeals process is completed.

**SO ORDERED**.

/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 26, 2007**

---

[1] The Clerk's office docketed the letter, however, had not mailed the transmittal.