# United States Court of Appeals
## for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

Jan Horbaly
Clerk of Court

202-633-6550
202-633-9623 (F)

June 11, 2008
Fax: (671) 473-9152

U.S. District Court
District of Guam
United States Courthouse, 4th Floor
520 West Soledad Avenue
Hagatna, GU 96910-4950

**FILED**
DISTRICT COURT OF GUAM

JUN 16 2008

JEANNE G. QUINATA
Clerk of Court

Attn: Appeals Section:

This letter transmits your District Court record for:

**Jan's Helicopter V. FAA, Case no. 03-CV-00002**
**Americopters V. FAA, Case no: 03-CV-00005**
**(CAFC 2007-1410 and 2007-1411)**

One box is being sent back to your office today via Fed-EX. Thank you very much for providing this record to the court.

Sincerely,

Valerie D. White
Deputy Clerk
(202) 312-5519