# United States Court of Appeals for the Federal Circuit

2007-1411

AMERICOPTERS, LLC,

Plaintiff-Appellant,

v.

FEDERAL AVIATION ADMINISTRATION,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the District of Guam

in CASE NO(S).     03-CV-00005

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 5 2008

JAN HORBALY
CLERK

ENTERED BY ORDER OF THE COURT

DATED APR 14 2008

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JUN 5 2008

**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
**HOWARD T. MARKEY NATIONAL COURTS BUILDING**
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Office of the Clerk, Dist Ct. Guam
Pacific News Bldg., Fourth Flr.
520 W. Soledad Ave.
Hagatna, GU 96910

Marilyn Alcon

96910+4916

RECEIVED
JUN 23 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM