# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| AMERICOPTERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | Civil Case No. 03-00005<br><br>**ORDER** |

On May 11, 2007, this court issued its order granting the Defendant's Motion to Transfer. *See* Docket No. 69. On May 15, 2007, the Clerk's office issued a letter to the United States of Court of Federal Claims to initiate the transfer. However, pursuant to 28 U.S.C. § 1292(d)(4)(B) a 60 day stay was in effect before the transfer to the Court of Claim was carried out. *See* 28 U.S.C. § 1292(d)(4)(B). Accordingly, this court ordered the Clerk's office to not transmit the May 15, 2007 letter and May 11, 2007 Order until 60 days had passed the May 11, 2007 date or until further order of the court. In the meanwhile an interlocutory appeal was filed to the United States Court of Appeals for the Federal Circuit. On June 11, 2008 a mandate from the appellate court was filed in the District Court of Guam, affirming this court's May 11th order to transfer. Accordingly, this court's order to not transmit the May 15, 2007 letter and May 18, 2007 Order is hereby vacated.

**SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 08, 2008