

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

July 9, 2008

Attn: Clerk's Office
United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20005

**Re:  District Court of Guam Civil Case No. 03-00005**
**Americopters, LLC vs. Federal Aviation Administration**

Dear Sir/Madam:

Please find enclosed an order of the court (docket no. 84) dated July 8, 2008 vacating a previous order (docket no. 73) staying the transmission of this case to your court. Also enclosed are the reporter's transcripts in this case.

If you should have any question, please contact this office.

Sincerely,

Virginia T. Kilgore
Deputy Clerk

Enclosures